IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RAUL AMEZCUA,<br><br>                    Defendant. | CASE NO.  1:93-CR-5046-AWI<br>CTA NO. 15-10480<br><br>ORDER REQUIRING DEFENDANT TO FILE A MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL<br><br>(Doc. 484) |

On February 6, 2015, this Court denied Raul Amezcua's motion for reduction of sentence pursuant to 18 U.S.C. 3582(c)(2). Doc. 476. On July 2, 2015, Mr. Chavez filed a motion for reconsideration of that denial. Doc. 476. That motion was denied on September 2, 2015. On September 26, 2015,[1] Defendant filed notice of appeal. Doc. 431. Mr. Chavez' notice of appeal was therefore untimely pursuant to Federal Rules of Appellate Procedure 4(b)(1)(A) and 4(c)(1). Fed. R. App. P. 4(b)(1)(A) (requiring any notice of appeal by a criminal defendant to be filed within 14 days of the judgment); Fed. R. App. P. 4(c)(1). However, because the notice of appeal was filed within 30 days of the judgment, the Ninth Circuit has remanded to this Court for the limited purpose of determining whether time for filing of a notice of appeal should be extended pursuant to Federal Rule of Appellate Procedure 4(b)(4).

---

[1] Defendant's notice of appeal was dated and mailed on September 26, 2015 but was not received by the Ninth Circuit Court of appeal until October 5, 2015. Doc. 481 at 3. September 26, 2015 is the filing date.

1

1      Mr. Amezcua is ordered to file a motion for extension of time within 21 days of the date of this

2 order, explaining the cause in delay for filing his notice of appeal.

3      The Clerk of the Court is respectfully directed to serve a copy of this order upon Mr. Chavez at

4 the following address: Reg. No. 55970-097, United States Prison Victorville, P.O. Box 3900, Adelano,

5 California 92301.

6

7 IT IS SO ORDERED.

8 Dated:   October 8, 2015

                                   SENIOR  DISTRICT  JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28