1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                    No. 1:93-cr-5046-DAD

12                 Plaintiff,

13         v.                                       <u>ORDER</u>

14    RAUL AMEZCUA,

15                 Defendant.

16

17        On November 5, 2018, the court received a document from defendant Amezcua styled as

18    Motion for Revision of Pre-sentence Investigation Report (PSR).  Therein, defendant notes that

19    the PSR prepared for his February 28, 1994 sentencing in this case stated that the drug involved

20    in defendant's conviction was "actual methamphetamine."  Defendant contends, however, that he

21    has subsequently learned during subsequent appellate proceedings that the actual drug involved in

22    his offense of conviction was "de-methamphetamine" and that, therefore, his PSR should be

23    corrected to so reflect.

24        Defendant's contention lacks merit.  Methamphetamine comes in two forms: "d" and "l."

25    The two compounds are chemical mirror images, have the same chemical formula and similar

26    chemical properties, but d-methamphetamine produces a strong psychoactive kick.  *United States*

27    *v. DeJulius*, 121 F.3d 891, 892 n.2 (3d Cir. 1997).  Thus, contrary to defendant's suggestion, d-

28    methamphetamine undoubtedly is "actual methamphetamine."  *See United States v. Decker*, 55

F.3d 1509, 1511 (10th Cir. 1995) ("The issue we must resolve is whether 100% pure d,l-methamphetamine, *like 100% pure d-methamphetamine, should be treated as "methamphetamine (actual)" under the guidelines*.") (emphasis added); *United States v. Carroll*, 6 F.3d 735, 743 (11th Cir. 1993) (We find that the district court erred in its conclusion that "Pure Methamphetamine" refers only to D-methamphetamine . . ..").

　　　　Accordingly, defendant's motion for revision of his PSR, received November 5, 2018, is denied.

IT IS SO ORDERED.

　　Dated:　　**November 29, 2018**　　　　　　　　　*Dale A. Drozd*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE