UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RAUL AMEZCUA,<br><br>          Defendant. | No. 1:93-cr-05046-DAD<br><br>ORDER REFERRING MATTER UNDER THE FIRST STEP ACT TO FEDERAL DEFENDER'S OFFICE<br><br>(Doc. No. 499) |

On February 24, 1994, defendant Raul Amezcua was sentenced in this action. Thereafter, he has filed numerous motions and unsuccessful appeals. On March 30, 2020, defendant filed with this court a *pro se* motion for appointment of counsel in which he suggests that he eligible for a reduction of his life sentence under the provisions of the First Step Act, 18 U.S.C. § 3631, et. seq. (Doc. No. 499.)

Pursuant to General Order No. 595 and out of an abundance of caution, defendant's motion for appointment of counsel (Doc. 499) will be granted and the Federal Defender's Office ("FDO"), is appointed at this time to represent defendant in conjunction with any motion for reduction of sentence.[1] The FDO shall have 60 days from the date of this order to file such a motion or to notify the court and the government it does not intend to file a supplement. If a

---

[1] No such motion is yet pending before the court since defendant has filed only a one-page motion for appointment of counsel.

1

motion for reduction of sentence is filed, the government shall have 30 days from the date of its filing to file its response to the motion.  Any reply shall be filed within fifteen days of the filing of any response by the government.

IT IS SO ORDERED.

Dated:   **April 29, 2020**  　　　　　　*Dale A. Drozd*　　　　　　
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2