1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                    No.  1:93-cr-05046-DAD-1

12                    Plaintiff,

13          v.                                      ORDER DENYING DEFENDANT'S
                                                    MOTION FOR STATUS OF CASE AND
14    RAUL AMEZCUA,                                 GRANTING THE FEDERAL DEFENDER'S
                                                    OFFICE'S REQUEST TO WITHDRAW AS
15                    Defendant.                    COUNSEL

16                                                  (Doc. Nos. 501, 502)

17

18          On February 24, 1994, defendant Raul Amezcua was sentenced in this action.  Thereafter,

19    he has filed numerous motions and unsuccessful appeals.  On March 30, 2020, defendant filed

20    with this court a pro se motion for appointment of counsel in which he suggests that he eligible

21    for a reduction of his life sentence under the provisions of the First Step Act, 18 U.S.C. § 3631,

22    et. seq. (Doc. No. 499.)  On April 30, 2020, the undersigned referred this matter to the Federal

23    Defender's Office ("FDO").  (Doc. No. 500.)  That order directed the FDO to file a motion or

24    notify the court and the government it does not intend to file a supplement or a motion on

25    defendant's behalf within sixty (60) days from the date of that order.  (*Id.* at 1.)

26          On July 7, 2020, defendant filed a motion for status of case, in which he requested an

27    update on the status of this matter because the FDO had yet to file a motion or notice of its

28    intention not to file such a motion on his behalf.  (Doc. No. 501.)  Subsequently, on July 8, 2020,

1

1   the FDO filed a notice of non-supplementation of defendant's motion.  (Doc. No. 502.)  In that

2   notice, the FDO also requested leave to withdraw as counsel in this matter.  (*Id.* at 1.)

3        Having reviewed the notice, the court hereby denies defendant's motion for status of case

4   (Doc. No. 501) as having been rendered moot and grants the FDO's request for leave to withdraw

5   as defense counsel in this matter (Doc. No. 502).  Defendant is directed to either file on his own

6   behalf a motion for a reduction of his life sentence under the provisions of the First Step Act, 18

7   U.S.C. § 3631 or notify the court that he does not wish to proceed with this matter within twenty-

8   eight (28) days of service of this order.

9   IT IS SO ORDERED.

10      Dated:   **July 13, 2020**                    _____

11                                                     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    2