HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RAUL AMEZCUA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:93-cr-05046 DAD-1 |
|---|---|
| Plaintiff, | **ORDER TO SEAL MR. RAUL AMEZCUA'S MEDICAL RECORDS – EXHIBITS 2 AND 3** |
| v. | |
| RAUL AMEZCUA, | Judge: Honorable DALE A. DROZD |
| Defendant. | |

IT IS HEREBY ORDERED that the Request to Seal Exhibits 2 and 3 - Mr. Raul Amezcua's Medical Records -- is granted so that the medical information is not available on the public docket. The records have been provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:   **October 7, 2020**                        _/s/ Dale A. Drozd_
                                                                 UNITED STATES DISTRICT JUDGE