HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RAUL AMEZCUA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. F 93-5046 ADA 1 |
|---|---|
| Plaintiff, | **ORDER FOR IMMEDIATE RELEASE FROM CUSTODY** |
| v. | |
| RAUL AMEZCUA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Defendant Raul Amezcua, aka Raul Amescua, Registration Number 55970-097, **SHALL BE RELEASED** from custody at USP Victorville **immediately**.

On November 21, 1994, this Court sentenced the defendant to life imprisonment as to all counts (comprised of one count of violating 21 U.S.C. § 846 and 841(a)(1), and two counts of violating 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2). On October 13, 2022, this Court re-sentenced Defendant Raul Amezcua to a total sentence of **TIME SERVED** *on all counts*.

/ / /

/ / /

/ / /

/ / /

    Consistent with the Order this Court issued on October 13, 2022, Defendant Amezcua **shall be released immediately** to begin the 60-month term of supervised release previously ordered.

    The Clerk of the Court is directed to fax a copy of this order to USP Victorville.

IT IS SO ORDERED.

Dated: __**October 18, 2022**__          _/s/ Dale A. Drozd_
                                                        UNITED STATES DISTRICT JUDGE